United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: January 31, 2024
Docket #: 21-1125cv
Short Title: Roe v. St. John's University

DC Docket #: 19-cv-4694
DC Court: EDNY (BROOKLYN)
DC Judge: Reyes
DC Judge: Chen

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8522.